UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:93-CR-031 |
| | ) | |
| MARK ANTHONY ANDREWS | ) | |

### **O R D E R**

Now before the Court is the defendant's *pro se* motion for compassionate release pursuant to 18 U.S.C. 3582(c)(1)(A)(i). [Doc. 1159]. The United States is **DIRECTED** to respond to the defendant's motion no later than May 5, 2021.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge