To whom it may Concern:

My name is Felicia Green the fiancée of Mark Anthony Andrews Sr. . I live at 632 Washington Avenue Lake Worth Beach, FL. Where we both will reside upon his release. We've been together for over a decade.

He has a wonderful support system his family as well as my family are here to support him. Upon his release he has job prospects and transportation to help his transition.

I'm so happy with his growth since he's been gone. He has received numerous certificates while been incarcerated. He's been a mentor to many. He's spoken with my son on many occasions about making the right choices.

I hope that his growth has shown the courts that he has changed and deserve a second chance to be a productive member of society.

Thank you,
Felicia Green

FILED APR 12 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Felicia Green
632 Washington Ave
Lake Worth, FL 33460

WEST PALM BCH FL 334

8 APR 2021 PM 4 L



RECEIVED

APR 12 2021

Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

United States District Courts
Eastern District of Tennessee
At Knoxville 800 Market Street Suite 130
Knoxville, Tennessee 37902

INSPECTED

37902-230390