UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:93-CR-031 |
| ) | |
| MARK ANTHONY ANDREWS ) | |

## **O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, the defendant's motions pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for compassionate release [docs. 1159, 1169] are **GRANTED**. The defendant's term of imprisonment is reduced to **time served, with no supervised release to follow**.

This order shall not take effect until 14 days after its entry in order to allow the Bureau of Prisons time to process the defendant's release and to allow for any reasonable quarantine period as directed by the Attorney General.

Except as provided herein, all provisions of this Court's judgment dated March 15, 1994, shall remain in effect.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge