UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:93-CR-031 |
| ) | |
| MARK ANTHONY ANDREWS ) | |

**O R D E R**

Defense counsel is **ORDERED** to respond to the United States' partial motion for reconsideration [doc. 1173] no later than August 6, 2021.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge